# STEVEN E. GLINK
### ATTORNEY AT LAW

3338 Commercial Ave • Northbrook, IL 60062
telephone: 847.480.7749 • *facsimile: 847.480.9501*



May 25, 2011

HAND-DELIVERED

Circuit Court of Cook County
50 W. Washington Street
Courtroom 2102
Chicago, Illinois 60601
Attn: Hon. Lee Preston

Dear Judge Preston:

Please find enclosed a courtesy copy of Plaintiffs' Verified Complaint, filed today and Plaintiff's Emergency Motion for Temporary Restraining Order. I intend to present this Motion on June 1st at 9:30 a.m. as per the enclosed Notice. The School District will receive Notice as well as copies of all documents.

If you have any questions or comments, please have your clerk or secretary call me.

Respectfully,

Steven E. Glink
Enclosures (2)

cc. Bennett Rodick, Esq.

CCG N003-150M-2/27/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Michelle Pieckosz-Murphy

v.

onsolidated High School District # 230, et al

No. 11 CH *18917*

*Emergency*   *# 3*

### NOTICE OF MOTION

To: Bennett Rodick @ Hodges Loizzi, et al

3030 Salt Creek Lane, Suite. 202

Arlington Heights  IL. 60004

On *JUNE 1* 2011, at *9:30* ~~a.m.~~ p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable *LEE PRESTON* or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at Richard J. Daley Cener, 50 W. Washington, Chicago, IL room *2102* , Illinois, and present Plaintiffs' Emergency Motion for a Temporary Restraining Order instanter

| | | |
|---|---|---|
| Name Steven Glink | Atty. No. 16602 | Pro Se  99500 |
| Address 3338 Commercial Avenue | Attorney for Plaintiff | |
| City/State/Zip Northbrook, IL. 60062 | Telephone 847/480-7749 | |

### PROOF OF SERVICE BY DELIVERY

I, Steven Glink , the attorney/non attorney* certify that on the _____ day of
(*strike one)

_____ 2011 , I served this notice by delivering a copy personally to each person to whom it is directed.

Date _____ 2011

_____
Signature/Certification

### PROOF OF SERVICE BY MAIL

I, Steven Glink , the attorney/non attorney* certify that I served this notice by mailing
(*strike one)

a copy to _____ at the addresses listed above
(address on envelope)

and depositing the same in the U. S. Mail at Northbrook, IL. via _____
(place of mailing)

at 5:00 ~~a.m.~~ p.m. on the _____ day of _____ 2011 , with proper postage prepaid.

Date _____ 2010

_____
Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## IN THE CIRCUITCOURT OF COOK COUNTY, ILLINOIS
## CHANCERY DIVISION

| | |
|---|---|
| MICHELLE PIEKOSZ-MURPHY, et al, | ) |
|       Plaintiffs | )   **Case No.:** |
| | ) |
|     vs. | ) |
| BOARD OF EDUCATION FOR | ) |
| CONSOLIDATED HIGH SCHOOL | ) |
| DISTRICT #230, et al, | ) |
|       Defendants | |

**$11CH18917$**

---

## PLAINTFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Now come the plaintiffs, Michelle Piekosz-Murphy, individually and as mother and next friend of N█████ M█████, by and through their attorney, Steven E. Glink, and respectfully moves this Honorable Court to enter an emergency order upon all defendants ordering/restraining the defendants from enforcing their decision to discipline N█████, and in support thereof, state as follows:

1. Plaintiffs filed a Verified Complaint contemporaneously with the filing of this motion and said Verified Complaint is incorporated herein by reference.

2. The Plaintiffs have a proctectible right and a liberty interest in being free from arbitrary and capricious decision making by a governmental entity, to wit, the board of education and/or the school district and their employees.

3. Plaintiff N█████ M█████ also has a property right in his name and reputation.

4. If an emergency TRO is not granted in this case, the plaintiff will suffer irreparable injury because he will be dismissed from the National Honor Society. That in turn could affect N█████' admission to the college/university of his choice. N█████ will also irreparable harm to his reputation and good name.

5. Plaintiffs have no adequate remedy at law in this case because the defendants are immune from a civil suit for monetary damages for their disciplinary decision. Plaintiff also has no adequate remedy at law because no amount of money can compensate him for these types of injuries.

6. As per the allegations of the Verified Complaint, the plaintiffs have established that they have raised a fair question that they have a likelihood of success on the merits of the case.

7. This matter is an emergency because the college/university application process is underway.

8. Balancing the equity of the parties favors the Court granting the relief now sought because the TRO will allow the student to list his membership in the National Honor Society until the Court has the opportunity to hold a hearing on the merits of the case. Defendants will suffer no harm if the TRO is granted.

**Wherefore**, the plaintiffs respectfully pray that this Honorable Court enter a Temporary Restraining Order upon the defendants:

A. Restraining/enjoining them from enforcing their disciplinary decision on the minor plaintiff;

B. Enter any other order that the Court deems just and reasonable.

Respectfully Submitted,

By: _____

STEVEN E. GLINK

LAW OFFICES OF STEVEN E. GLINK, # 16602
ATTORNEY FOR THE PLAINTIFFS
3338 COMMERCIAL AVENUE
NORTHBROOK, ILLINOIS 60062
847/480-7749 (voice)
847/480-9501 (facsimile)

### IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT, CHANCERY DIVISION

MICHELLE PIEKOSZ-MURPHY, as          )   Case No.:
                                     )
mother and best friend of N██████    )
                                     )
M█████,                              )        1 1 C H 1 8 9 1 2
                                     )
            Plaintiff,               )
                                     )
    vs.                              )
                                     )
BOARD OF EDUCATION FOR               )
                                     )
CONSOLIDATED HIGH SCHOOL             )
                                     )
DISTRICT # 230. AMOS ALONZO          )
                                     )
STAGG HIGH SCHOOL, DR. JAMES         )
                                     )
GAY, ERIC OLSEN and BOB FABRIZIO     )
                                     )
            Defendants

---

### VERIFIEDCOMPLAINT FOR MONETARY AND EQUITABLE RELIEF

Now comes the plaintiff, N██████ M█████, by and through his mother and best friend Michelle
Piekosz-Murphy by and through their attorney, Steven Glink, and complaining against the named
defendants, states as follows:

### THE PARTIES

1. At all times relevant to this complaint, N██████ M█████ ("N██") was an 17-year-old
   student at Stagg High School and a resident of Cook County, Illinois, where he lived with
   his mother Michelle Piekosz-Murphy.

2. N██is a multi-sport athlete and a member of the National Honor Society.

3. At all times relevant to this complaint, Amos Alonzo Stagg High School ("Stagg" or "the high school") was a public high school located in Palos Hills, Cook County, Illinois.

4. At all times relevant to this complaint, Stagg High School was a part of Consolidated High School District # 230 ("the district"), which is a body politic organized pursuant to the laws of the State of Illinois, including but not limited to the Illinois School Code.

5. At all times relevant to this complaint, the board of education ("the board") was a group of elected officials charged with the duty to operate the district and the high school.

6. Pursuant to law, the board was empowered to adopt and enforce a student code of conduct and a co-curricular code of conduct.

7. At all times relevant to this complaint, Dr. James Gay was employed by the board as the superintendent of the district and had direct supervisory authority over all decisions for the high school, including but not limited to all student disciplinary decisions.

8. At all times relevant to this complaint, Eric Olsen was employed by the board as the principal of Stagg High School and was empowered to make student disciplinary decisions.

9. At all times relevant to this complaint, Bob Fabrizio was employed by the board as the Athletic Director at Stagg High School.

## FACTS COMMON TO ALL COUNTS

10. On March 11, 2011, N█ was called down to the Dean's office and questioned about a party that took place in December 2010. In response, Nick acknowledged that he went to the party but left immediately upon discovering that there was alcohol at the party.

11. At that time, N█ provided the defendants with a written statement of his knowledge of the event (a copy of said statement is attached hereto as exhibit A).

12. N█'s parents attended a disciplinary conference with school officials. At that time, N█ and his parents reconfirmed that N█ went to the party without any knowledge that

alcohol would be present but left immediately after learning that there was alcohol at the party.

13. Shortly after that conference, N█ was summoned to the main office and asked to write a supplemental statement, which he did (a copy of N█'s supplemental statement is attached hereto as exhibit B).

14. Thereafter, there was a series of conferences between school officials and N█'s parents. At the last conference, Principal Olsen informed the father that there was no evidence that N█ either possessed or consumed any alcohol but that he was going to be disciplined because N█ failed to promptly report the party to school officials.

15. When the parents were informed of the defendant's decision, they protested and sought the advice of counsel.

16. Counsel made an inquiry the defendant's counsel on April 11, 2011. Defense counsel said that he would look into the matter and call back.

17. On April 15, 2011, Principal Olsen sent N█ and his parents a letter signed by defendant Fabrizio finding N█ in violation of the Athletics/ Activities Code of Conduct[1] for "attending a party in December 2010 where alcoholic beverages were being consumed by minors" (a copy of said letter is attached hereto as exhibit C).

18. N█ denies that he either consumed or possessed any alcohol at that party. Further, N█ reaffirms that he left the party immediately upon learning that alcohol was present.

## COUNT I-PRELIMINARY INJUNCTION

19. As a citizen of the United States and of the State of Illinois, N████ M████ has the right to be free from arbitrary and capricious decision making by a governmental entity.

---

[1] The defendants' handbook refers to this as the co-curricular Code of Conduct and is a part of the districts 248-page student handbook.

20. Defendants' collective decision to discipline N█ for violation of the Co-Curricular Code of Conduct is arbitrary, capricious and unreasonable for the following reasons:

- The Co-Curricular Code  (hereinafter "The Code") (a copy of which is attached hereto as exhibit D) punishes a student for being present at a party where alcohol is present regardless of whether the student had knowledge of the presence of the alcohol (@ pg. 46);

- The Code punishes a student even if he/she leaves the party immediately upon discovering the presence of alcohol at a party;

- Defendants' decision that N█ was in violation of the Code is based upon their subjective interpretation of the Code;

- The defendants' decision that N█ was in violation of the Code was made without any evidence and/or any witnesses that contradicted N█'s statements that he did not know alcohol would be present at the party before he arrived AND that he left the party immediately upon learning that alcohol was present;

- **Defendants' enforcement of the Code is selective, arbitrary and capricious because there are other similar and/or more serious incidents where students have gone unpunished. For example, another student, B█ K., attended a party a party similar to the party that N█████ attended. That party was on a different date than the party N█ attended. School officials became aware of both parties and both boys' situation at approximately the same tie. Like N█, B█ K. also stayed for a short time and left immediately upon discovering that alcohol was present. However, B█ received no consequence (as opposed to N█ who was suspended for two track events and now faces removal from the National Honor Society;**

- In addition, in February or March 2011, a star basketball player, R██ D., was involved in a fight the day of a big game against Thornton High School. R██ was allowed to play in that game (if Stagg won they would make the playoffs) after the school simply gave him a Saturday detention.

- If the discipline is allowed to stand, N██ will be expelled from the National Honor Society for a Code of Conduct violation (a copy of the National Honor Society's eligibility criteria is attached hereto as exhibit E). N██'s expulsion from the NHS will have a disproportionate impact upon his ability to enter the college/university of his choice and/or to obtain funding/scholarships.

WHEREFORE, plaintiff N██████ M████ respectfully prays that this Honorable Court hold a hearing and enter judgment in his favor and against the defendants enjoining them from enforcing their decision to discipline him in any way for the Code violation described in this complaint.

## COUNT II- WRIT OF CERTIORARI

21. Illinois law provides that a plaintiff has the right of judicial review for a quasi-judicial decision by an educational institution via a Petition for a Writ of Certiorari (see: **Stratton v, Wenona CUSD # 1,** 133 Ill. 2d 413, 551 NE2d 640 (1990).

22. Plaintiff realleges his allegation in paragraphs 1-20 above as his allegations for Count II herein.

23. The plaintiff believes that the defendants' decision is arbitrary, capricious and unreasonable for the reasons stated above.

WHEREFORE, plaintiff respectfully prays that this Honorable Court order the defendants to submit the entire record of all documents they claim supports their decision to the Court for the Court's own independent review.

Plaintiff further prays that after the Court has had an opportunity to review the record, the Court enter judgment in his favor and against the defendants and order that the decision to discipline N█ for violating the co-curricular code of conduct be reversed.

## COUNT III-CIVIL RIGHTS VIOLATIONS

24. Plaintiff realleges his allegation in paragraphs 1-23 above as her allegations for count III.

25. The Illinois Constitution provides all citizens with the right to due process of law.

26. As described above, the defendants' co-curricular code of conduct and its enforcement in this case violate N█████ M████'s right to substantive due process of law.

27. This Court has jurisdiction to hear this case under 42 USC 1983, et al and under principles of common law.

WHEREFORE, Plaintiff prays that this Honorable Court hold a trial and enter a judgment, jointly and severally, against the defendants and in plaintiff's favor in an amount in excess of $50,000 plus attorney's fees and costs.

Respectfully submitted,

By: _____

STEVEN E. GLINK

Law Offices of Steven Glink, # 16602
3338 Commercial Avenue
Northbrook, Illinois 60062
847/480-7749 (voice)
847/480-9501 (voice)

I drove to K███'s and I was there and I did not have one sip of alcohol. I had to leave early because ~~my~~ I had a wrestling meet th next day.

N███ M███
███ ███
3/10/11

3/10/11 @ 4:25 llegt message

I drove to K███'s and I was upstairs most of th time eating and conversing with a small group of people. Then K███ came upstairs and ~~ask~~asked me to take a picture with her and W██. As I was going downstairs I saw that there was alcohol and I thought to myself that I should be leaving and plus I had wrestling in tr morning. So, then I took th picture, said my goodbyes to people then left ~~tochy~~ after that.



N███ M███
███ ███
3/29/11

3/29/11 @ 12:08 Spoke w dad



PLAINTIFF'S
EXHIBIT

A

I ~~went~~ drove to R████'s for 15-20 min, A████ P████ mom
called and said he had to come home, then we left and went to
A██'s house.

I was in the ~~house~~ kitchen for most of the time and then
went into the garage to get a Pepsi.

N████ N2████ 5/27/10

Spoke w/ dad @ 11:30

PLAINTIFF'S
EXHIBIT
B
tabbies



# AMOS ALONZO STAGG HIGH SCHOOL

111th & Roberts Road  Palos Hills, IL 60465  Phone: 708.974.7400  Fax: 708.974.0803  http://stagg.d230.org

Eric A. Olsen
PRINCIPAL

April 15, 2011

Mr. Joseph Murphy
8516 W. 89th St
Hickory Hills, Illinois 60457

Dear Mr. Murphy,

On March 11, 2011, I received notification from Stagg Dean of Students, Mrs. Mary Pat Carr, that during a Dean's interview your son N███ admitted to attending a party in December, 2010 where alcoholic beverages were being consumed by minors. This behavior is a violation of the District 230 Athletics/Activities Code of Conduct (Category A) since this N█'s first offense, the following consequences will be applied:

- Parental Contact
- Suspension from participation in 1/10th of the total number of performances, activities, or competitions (Football-1 date). If any amount of the suspended number of performances, activities, or competitions cannot be fulfilled in the current season or school year, the student will serve the remaining suspended number of performances, activities, or competitions in their next season of activity.
- The Student will be referred to the Student Assistance Coordinator, Mrs. Rene Murray.
- The student will be expected to practice with the group (unless suspended or expelled from school)

If you have any questions regarding my letter, please call me at 708-974-7438. Thank you for your kind consideration of my letter.

Sincerely,

Bob Fabrizio
Athletic Director
Stagg High School



CONSOLIDATED HIGH SCHOOL DISTRICT 230    □    GREAT SCHOOLS



PLAINTIFF'S
EXHIBIT
C

**Consolidated High School District 230**

**2010-2011 Parent/Student Handbook**

*All information provided in this Parent/Student Handbook, including dates, times, and locations are current as of June 5, 2010 and may be amended during the school year without notice. The most current document will be on the District web site at www.d230.org.*

*The Parent/Student Handbook contains summaries of board policies governing the district; board polices are available on-line at www.d230.org or at the district office.*

1


PLAINTIFF'S EXHIBIT D

Students may come to the Media Center during the school day with a pass from one of their academic teachers. Students are expected to stay in the Media Center the entire period unless otherwise stated on the pass. No pass is necessary before and after school.

The Media Center is open Mondays, Tuesdays, and Thursdays from 7:00 a.m. to 4:00 p.m.          Friday hours are 7:00 a.m. to 3:30 p.m.  On late start Wednesdays, the Media Center is open at 9:15 a.m. and on regular Wednesdays, it opens at 8:00 a.m.  Extended hours from 4:00 p.m. to 6:00 p.m. are also offered on designated days

## Media Center Rules

- The student I.D. serves as the library card. Students must have their school I.D. to sign in and check out books.  Students may only check out books for themselves.
- Most books are checked out for a 3-week period. Overdue fines are .10 per school day for books and .50 for reference materials and flash drives. Students who have not paid fines and returned all overdue materials may not check out additional resources. Most reference books, magazines, and newspapers do not circulate.
- Students/parents are responsible for paying the replacement cost plus any processing fees for damaged or lost library materials or AV equipment.
- Students should be working on an assignment or reading quietly and should not disturb others. Sleeping is not allowed.
- No food, drink, jackets, or hats are allowed.  Music players and cell phones should not be visible or used in the Media Center.
- Prior to accessing the Internet, students must be familiar with the school's acceptable use policy.  No emailing, game playing, Internet surfing, or accessing music through the computer is allowed. Computers are to be used for educational purposes.

## Co-Curricular Code of Conduct

Participation in co-curricular activities is a privilege, not a right.  As such, there are expectations in regard to conduct that are required for ongoing participation.

The goal of the co-curricular program is to provide opportunities for students to pursue interests and develop life skills beyond the classroom. An additional goal is to develop the skills of students which will allow them to compete to the best of their ability within the School Board policies and the by-laws of any association of which the school is a member.

Members must conduct themselves at all times, including after school and on days school is not in session, as good citizens and exemplars of their school and of District 230– they must behave in ways that are consistent with good sportsmanship, leadership, and appropriate moral conduct in the classroom, in the community, and during all facets of the activity.

45

The Code of Conduct below describes the expectations and goals of the co-curricular program. This Code does not contain a complete list of inappropriate behaviors for students in co-curriculars. This Code of Conduct will be enforced <u>365 days a year, 24 hours per day</u>. A student may be excluded from activities or competition while the school is conducting an investigation regarding that student's conduct. A student found to be in violation of the Code of Conduct while in school, on school property, or at a school-sponsored event, will also be subject to the Consolidated High School District 230 discipline guidelines and consequences.

Students and their parents/guardians are encouraged to seek assistance from the student assistance program regarding alcohol or other drug problems. Family or self-referrals will be taken into consideration in determining consequences for Code of Conduct violations.

A student participating in a co-curricular will be subject to disciplinary action if he or she violates this Code of Conduct for Co-Curricular Activities. Violations will be treated cumulatively, over four years, with disciplinary penalties increasing with subsequent violations.

The student shall not:

1. Violate the District's policies or procedures on student discipline;
2. Use, possess, buy, sell, barter, or distribute a beverage containing alcohol (except for religious purposes);
3. Use, possess, buy, sell, barter, or distribute tobacco in any form;
4. Use, possess, buy, sell, barter, or distribute any illegal substance, paraphernalia, or improperly use prescription medications
5. Use, possess, buy, sell, barter, or distribute any object that is or could be considered a weapon or any item that is a "look alike" weapon;
6. Attend a party or other gathering and/or ride in a vehicle where alcoholic beverages and/or controlled substances are discovered, used, possessed, bought, sold, bartered, distributed, and/or are being consumed by minors;
7. Haze other students.

**NOTE:** Any student who knowingly disregards or fails to act on coach's or activity sponsor's directive, or acts in violation of the Parent-Student Handbook, may be subject to suspension or dismissal from a team or group. The term will be determined by the coach/sponsor after consultation with the Athletic Director, Activities Director and/or the Activity Board.

CONSOLIDATED HIGH SCHOOL DISTRICT 230
CO-CURRICULAR CODE OF CONDUCT

| VIOLATION | 1ST OFFENSE | 2ND OFFENSE | 3RD OFFENSE |
|---|---|---|---|
| **Category A:**<br><br>Use or possession of tobacco<br><br>Attend a party or other gathering and/or ride in a vehicle where alcoholic beverages and/or controlled substances are discovered, used, possessed, bought, sold, bartered, distributed, and/or are being consumed by minors | Parent notification<br><br>Suspension from participation in 1/10 of the total number of performances, activities or competitions. If any amount of the suspended number of performances, activities, or competitions cannot be fulfilled in the current season or school year, the student will serve the remaining suspended number of performances, activities, or competitions in their next season or activity.<br><br>The student will be referred to the Student Assistance Coordinator.<br><br>The student will be required to practice with the group (unless suspended or expelled from school) | Parent notification<br><br>Suspension from competition for 1/5th of the total number of performances, activities or competitions. If any amount of the suspended number of performances, activities, or competitions cannot be fulfilled in the current season or school year, the student will serve the remaining suspended number of performances, activities, or competitions in their next season or activity.<br><br>To participate again in any activities, the student must, at the family's expense, successfully participate and complete a school-approved alcohol or other drug abuse assessment and follow all recommendations from that assessment<br><br>The student will be required to practice with the group (unless suspended or expelled from school) | Suspension for one calendar year of performances, activities, or competitions.<br><br>Any subsequent violations will result in removal from all performances, activities, or competitions for the remainder of high school career<br><br>To participate again in any activities, the student must, at the family's expense, successfully participate and complete a school-approved alcohol or other drug abuse assessment and follow all recommendations from that assessment |

| | Parent notification | Mandatory parent meeting with the Activity Board | |
|---|---|---|---|
| **Category B:** Use, possession, buying, selling, bartering, or distributing alcohol and/or other drugs | A suspension of one fifth of the total number of performances, activities, or competitions. If any amount of the suspended number of performances, activities, or competitions cannot be fulfilled in the current season or school year, the student will serve the remaining suspended number of performances, activities, or competitions in their next season or activity.

To participate again in any activities, the student must, at the family's expense, successfully participate and complete a school-approved alcohol or other drug abuse assessment and follow all recommendations from that assessment

The student will be required to practice with the group (unless suspended or expelled from school). | A suspension of one half of the total number of performances, activities, or competitions. If any amount of the suspended number of performances, activities, or competitions cannot be fulfilled in the current season or school year, the student will serve the remaining suspended number of performances, activities, or competitions in their next season or activity.

To participate again in any activities, the student must, at the family's expense, successfully participate and complete a school-approved alcohol or other drug abuse assessment and follow all recommendations from that assessment

The student will be required to practice with the group (unless suspended or expelled from school) | Suspension from performances, activities, or competitions for the remainder of the student's high school career. |
| **Category C: Gross Disobedience**

Sanctions for Gross Disobedience violations other than drugs and alcohol will be based on the nature of the offense and the number of offenses | Mandatory parent meeting with Activity Board to determine consequence and plan for reinstatement

Depending on severity, violations in Category C will result in suspension or removal from all performances, activities, or competitions for a minimum of 1/5th of all co-curriculars and up to 1 calendar year | Mandatory parent meeting with Activity Board to determine consequences and plans for reinstatement. Suspension for 1 calendar year of all performances, activities, or competitions. | Removal from all performances, activities, or competitions for the remainder of high school career |

(The Code of Conduct penalties do not limit the authority of the school Administration to apply appropriate discipline, but are applied in addition to disciplinary consequences outlined in the Parent-Student Handbook).

**Activity Board:**
The Activity Board for each site shall consist of the following members: Principal and/or Assistant Principal, Dean of Students, Athletic Director, and coach or activity supervisor/sponsor.

The role of the Activity Board is to review, on an individual basis, each violation of the Code of Conduct that is brought to this level and to determine appropriate consequences. The decision of the Activity Board and/or Administrator shall be final in determining consequences for students involved in athletic or performance-based activities.

**Reporting of Offenses:**
Reports of offenses committed outside of the school will be accepted from the following individuals:

- Consolidated High School District 230 staff or administration
- School Officials
- Law Enforcement Officials
- Student Voluntary Self-Admissions
- Parent of Student Committing Offense
- Identified Private Citizens

**Voluntary Admission:**
A voluntary admission shall occur when a student initiates communication and admission with a certified employee of the school district before the student is arrested, detained, confronted or apprehended by any law enforcement personnel, school personnel, other governmental personnel or a private citizen. The voluntary admission to the coach/sponsor/athletic or activities director must occur on the first school day following the rule violation. A student voluntarily admitting to a violation of the Code of Conduct on a first offense will not be subject to any loss of competition or performance time. The student may use voluntary admission only one time during his/her high school career and a student may NOT use voluntary admission if the rule infraction is already known by the school. The student will be required to attend an educational substance abuse program that has been approved by the school district.

A voluntary admission for a second offense will count as a first offense including loss of contests or performances as outlined in the Code of Conduct, provided that the student has not used a voluntary admission previously. The purpose of this provision is to allow a student to seek help.

49

**Application of Suspension from Performances, Activities, or Competitions:**

If any amount of the suspended number of performances, activities, or competitions cannot be fulfilled in the current season or school year, the student will serve the remaining suspended number of performances, activities, or competitions in their next season or activity.

Students involved in more than one athletic or performance activity during the time of the rule infraction will be subject to exclusions in each of the activities as outlined in the Code of Conduct.

**Chemical Awareness Seminars**

As part of its substance abuse prevention program, District 2:0 requires that all student/athletes and their parent(s) attend a chemical awareness seminar prior to the season. The seminars provide athletes and competitive co-curricular participants parents with important information about substance abuse prevention and inform them of the training rules they are expected to abide by. Attendance at one seminar each year is mandatory. Athletes and competitive co-curricular participants who do not attend a chemical abuse seminar prior to the season will be ineligible for competition

# Co-Curricular Activities
# Clubs and Athletics

**Appearance & Attitude**

The athlete will be expected to make a neat personal appearance for contests and practices. This includes street clothes and uniforms. Athletes must conduct themselves in such a manner as to contribute to good team morale.

**Banquets & Awards Night**

Awards nights are considered an extension of the season and athletes are expected to be present. (Unexcused absence could jeopardize an athlete's award).

**Athletics**
**Adapted P.E. and Doctor's Excuses**

If an athlete has a medical excuse from all physical education activities, he/she will not be permitted to participate in any phase of the athletic program. An exception to this rule would have to be approved by the Athletic Director and School Nurse.

**Attendance**
- Two unexcused absences from practice shall be sufficient cause for dismissal from any squad.
- In order for an athlete to obtain an excuse from practice or game, the athlete must personally contact the coach in advance.

50

## D230 NHS SELECTION CRITERIA AND MEMBERSHIP REQUIREMENTS

Membership in the National Honor Society is not automatic. It is an honor bestowed by teachers upon those students who exhibit the ideals of the society, which are scholarship, leadership, character, and service. Students are inducted as Juniors and Seniors based on the criteria listed below.

| | ACADEMIC | CHARACTER | LEADERSHIP | SERVICE |
|---|---|---|---|---|
| **INDUCTION CRITERIA** | Status in top 20th percentile of class based on GPA. | • Teacher / Staff feedback forms<br>• No Code of Conduct violations resulting in a loss of privileges<br>• No serious infractions (1+ points) based on the Progressive Discipline system<br>• No Academic Integrity violations | • Teacher / Staff feedback forms | • 24 hours of Service Learning completed prior to Junior year<br>• To be inducted as a Junior: Participation in and successful completion of a minimum of 2 co-curricular activities as defined by the district per year<br>• To be inducted as a Senior: Participation in and successful completion of a minimum of 2 activities as defined by the district per year; an additional 20 hours of service to the school (*) |
| **MEMBERSHIP CRITERIA** | Status in top 20th percentile of class based on GPA. | • No Code of Conduct violations resulting in a loss of privileges<br>• No serious infractions (1+ points) based on the Progressive Discipline system<br>• No Academic Integrity violations | • Continue to demonstrate positive leadership in the classroom as determined by teachers, and in co-curricular activities as determined by coaches and activity sponsors | • Participation in and successful completion of a minimum of 2 activities as defined by the district per year<br>• **A minimum of 20 hours of service to the school each year of membership (*)**<br>• Actively participate in annual project with NHS |

*School Service hours must be completed by May 1st of a student's 12th grade year to maintain membership status

Membership dues: A one-time fee of $20.00 during the Induction Year

- An *Activity* is defined as a year of participation in an official D230 co-curricular activity, meaning the sponsor receives a stipend.
- The staff sponsor/coach must confirm participation each school year. Without confirmation, the activity will not be awarded to the student. It is in the student's best interest to log all hours spent with an organization.



PLAINTIFF'S EXHIBIT E

STATE OF ILLINOIS)
　　　　　　　　　 )
COUNTY OF COOK)

### VERIFICATION

I, Michelle Piekosz-Murphy, having been duly sworn on oath, and subject to the
penalties of perjury provided by law, do solemnly swear or affirm that I have read the
Verified Complaint and the Emergency Motion for a Temporary Restraining Order and
based upon my personal knowledge, state that the contents of these documents are
true and correct to the best of my knowledge.


_____
Michelle Piekosz-Murphy


Signed and sworn before me this

_23rd__ Day of May 2011



_____
Notary Public

OFFICIAL SEAL
STEVEN E GLINK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/23/12